1022

DOROTHY MARIE RUSSELL, *Appellant*, v. JERRY LEE PHILLIPS
et al., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 739401, James W. Mifflin, J., entered October
17, 1972. *Affirmed* by unpublished opinion per James, J.,
concurred in by Swanson, C.J., and Horowitz, J.

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE WESLEY
NOEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 60245, W. R. Cole, J., entered February 9, 1973.
*Affirmed* by unpublished opinion per Horowitz, J., con-
curred in by Swanson, C.J., and James, J.

THE STATE OF WASHINGTON, *Respondent*, v. LARRY ALLEN
GRANROTH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 63546, Ward Roney, J., entered May 11, 1973.
*Affirmed* by unpublished opinion per James, J., concurred
in by Swanson, C.J., and Horowitz, J.

JUDY BUSHAW, *Respondent*, v. RUSSELL DORR, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 45143, Bert C. Kale, J., entered August 25,
1972. *Affirmed as modified* by unpublished opinion per Wil-
liams, J., concurred in by Swanson, C.J., and James, J.